United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SCOTT,<br><br>        Petitioner,<br><br>    v.<br><br>U.S. DISTRICT JUDGE JEREMY FOGEL,<br><br>        Respondent.<br>_____/ | No. C 07-5333 JF<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

      Please take notice that because Judge Jeremy Fogel is named as Respondent in this action, it has been randomly reassigned to Judge William Alsup.

Dated: November 2, 2007

Richard W. Wieking, Clerk of Court

by: _____
    Snooki Puli
    Deputy Clerk