**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5364 |

**November 2, 2007**

**CASE NUMBER: CV 07-05333 JF**
**CASE TITLE: CURTIS SCOTT-v-JEREMY FOGEL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division. Case assigned to the **Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/02/07

FOR THE EXECUTIVE COMMITTEE:

_____
*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:

| | |
|---|---|
| Copies to: Courtroom Deputies<br>Log Book Noted | Special Projects<br>Entered in Computer 11/02/07 tsh |

CASE SYSTEMS ADMINISTRATOR:

| | |
|---|---|
| Copies to: All Counsel | Transferor CSA |