IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS SCOTT,<br><br>    Petitioner,<br><br>  vs.<br><br>JEREMY FOGEL, Warden,<br><br>    Respondent.<br>_____/ | No. C 07-5333 WHA (PR)<br><br>**JUDGMENT** |

The court has dismissed this case as having been opened in error. A judgment of dismissal without prejudice is entered in favor of respondent.

**IT IS SO ORDERED.**

Dated: November   13  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SCOTT5333.JUD.wpd